PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
RANDALL WRIGHT

JOHN L. BURRIS, Esq. (SBN 69888)
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com

Attorneys for Defendants
SPARKY'S RESTAURANT COMPANY;
BAY COMPANY, LLC

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL WRIGHT,<br><br>      Plaintiff,<br><br>v.<br><br>SPARKY'S RESTAURANT COMPANY; BAY COMPANY, LLC; and DOES 1-10, Inclusive,<br><br>      Defendants.<br>_____/ | CASE NO. C12-2329 NC<br>Civil Rights<br><br>**STIPULATED DISMISSAL AND [PROPOSED] ORDER**<br>{FRCP 41 (a)(1)} |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(1). The Parties have resolved their disputes as

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
CASE NO. C12-2923 NC                    -1-                    S:\CASES\S\SPARKY'S\PLEADINGS\STIP TO DISMISS.PL.wpd

to injunctive relief, damages and attorney fees, litigation expenses and costs, and consent to this Court maintaining jurisdiction over the matter with regard to the Consent Decree and Order entered by the Court on October 3, 2012 (Docket 13).

Dated: November 13, 2012   LAW OFFICES OF PAUL L. REIN

By PAUL L. REIN
Attorneys for Plaintiff
RANDALL WRIGHT

Dated: November 19, 2012   LAW OFFICES OF JOHN L. BURRIS

By JOHN L. BURRIS
Attorneys for Defendants
SPARKY'S RESTAURANT COMPANY,
BAY COMPANY, LLC

## ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: November 19, 2012

NATHANAEL COUSINS
United States Magistrate Judge

APPROVED
Judge Nathanael M. Cousins

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
CASE NO. C12-2923 NC
-2-
S:\CASES\S\SPARKY'S\PLEADINGS\STIP TO DISMISS.PL.wpd